IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB - 1 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Brenda Palmer, on behalf of herself and others similarly situated, ) ) ) | |
| *Plaintiff,* ) | No. 02-C-1764 |
| ) | |
| v. ) | Judge James B. Zagel |
| ) | |
| Combined Insurance Company of America, ) ) | |
| *Defendant.* ) | |

| | |
|---|---|
| Traci Radmanovich, on behalf of herself and others similarly situated, ) ) ) | |
| *Plaintiff,* ) | No. 01-C-9502 |
| ) | |
| ) | Judge James B. Zagel |
| ) | |
| Combined Insurance Company of America, ) ) | |
| *Defendant.* ) | |

### PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT AND CLARIFICATION OF THE JANUARY 12, 2005 MINUTE ORDERS

Plaintiffs, through their attorneys, move the Court to order the clerk of the court to enter judgment of dismissal in the above-referenced cases and to clarify the minute orders issued on January 12, 2005. In support of their motion plaintiffs state:

1. On January 12, 2005, this Court signed the Order Approving Settlement, which approved the class settlement in the above-referenced cases. Paragraph Nine of the Order Approving Settlement, which is attached as Exhibit A, directed the clerk of the court to enter judgment of dismissal with prejudice in both cases. However, it was recently noticed that the docket sheet does not contain a Rule 58 entry of judgment, which means the thirty day appeal

period cannot run and therefore events triggered by the expiration of the thirty day appeal period–like settlement payments to the plaintiffs–cannot occur. *See In re Kilgus*, 811 F.2d 1112, 1117 (7th Cir.1987) (explaining that without a Rule 58 entry of judgment, the appeal period has no definitive ending date).

    2.    Plaintiffs are also concerned about the language used by the clerk of the court to enter the Order Approving Settlement. On January 14, 2005, the Order Approving Settlement was entered through two minute orders. The first, issued in the case of *Radmanovich v. Combined*, stated "Entered Order Approving Settlement." The second, issued in the case of *Palmer v. Combined*, stated "Entered Order Approving Settlement terminating case." These two orders are attached as Exhibits B and C.

    3.    Plaintiffs do not understand whether there is any consequence to these differently-phrased orders but are concerned that the "termination" language of the *Palmer* minute order could be read to conflict with the Order Approving Settlement, which explicitly states that the Court retains jurisdiction through the life of the Consent Decree.

    4.    Plaintiffs have provided defense counsel with a copy of this motion but defense counsel had not had an opportunity to review it prior to the filing deadline.

Accordingly, plaintiffs respectfully request that the Court (i) direct the clerk of the court to enter judgment of dismissal in *Radmanovich* and *Palmer*; and (ii) issue any orders necessary to ensure it retains jurisdiction over *Radmanovich* and *Palmer* during the life of the Consent Decree.

Respectfully submitted,

/s/ [signature]

One of the attorneys for plaintiffs

| | |
|---|---|
| Thomas R. Meites<br>Joan H. Burger<br>Paul W. Mollica<br>Shona Glink<br>Josie Raimond<br>Meites, Mulder, Burger & Mollica<br>208 South LaSalle Street, Suite 1410<br>Chicago, Illinois 60604<br>(312) 263-0272 | Patricia C. Benassi<br>Athena Papachronis Herman<br>Benassi & Benassi, P.C.<br>300 N.E. Perry Avenue<br>Peoria, Illinois 61603<br>(309) 674-3556 |

## CERTIFICATE OF SERVICE

On February 1, 2005, undersigned Counsel caused to be served the attached PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT AND CLARIFICATION OF THE JANUARY 12, 2005 MINUTE ORDERS on:

Mark Steven Mester (*via personal delivery*)
John Casey
Latham & Watkins
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606

Margaret Parker (*via first class mail*)
Piper Rudnick LLP
333 Market Street
Suite 3200
San Francisco, CA 94105

_____
Josie Raimond

A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brenda Palmer, on behalf of herself and others similarly situated,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>Combined Insurance Company of America,  )<br>)<br>*Defendant.*  ) | No. 02-C-1764<br><br>Judge James B. Zagel |
| Traci Radmanovich, on behalf of herself and others similarly situated,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>Combined Insurance Company of America,  )<br>)<br>*Defendant.*  ) | No. 01-C-9502<br><br>Judge James B. Zagel |

## ORDER APPROVING SETTLEMENT

**WHEREAS**, two lawsuits are pending before this Court entitled *Radmanovich v. Combined Insurance Company of America*, No. 02-C-1764, and *Palmer v. Combined Insurance Company of America*, No. 01-C-9502 (the "Litigation");

**WHEREAS**, this Court on August 10, 2004 preliminarily approved the final settlement of the Litigation reached between Traci Radmanovich and Brenda Palmer, individually and on behalf of all class members as defined by the Stipulation of Settlement and Consent Decree ("the Stipulation"), and Combined Insurance Company of America in accordance with the Stipulation;

**WHEREAS**, the Court having been informed that actual notice was sent via first class mail to approximately 7,296 class members; and

**WHEREAS**, the Court on October 22, 2004 held a fairness hearing to which members of the settlement class, including any objectors to the settlement, were invited:

## NOW, THEREFORE, IT IS HEREBY ORDERED:

1. This Order hereby incorporates by reference the definitions in the Stipulation and all terms used herein shall have the same meanings as set forth in the Stipulation.

2. The Court finds that Notice to the class required by Rule 23 of the Federal Rules of Civil Procedure has been given in an adequate and sufficient manner, constituting the best notice practicable, complying in all respects with such Rules and due process, including but not limited to the forms of notice and the methods of identifying and giving notice to the class.

3. The Court finds that the Stipulation is the product of substantial, good faith, arm's length negotiations between the Parties and, considering the contributions made, releases given and other terms, is in all respects fair, just, adequate, reasonable and proper, and in the best interests in the class.

4. The Court approves the settlement in its entirety.

5. Pursuant to Paragraph 96 of the Stipulation, the Court hereby appoints Susan Getzendanner and Carol Posegate as monitors to oversee Combined Insurance Company of America's implementation of the terms of Articles IX and X of the Stipulation.

6. The parties shall comply with all the terms of this Order and the Stipulation, and shall undertake all acts and perform all obligations imposed under this Order and the Stipulation as reasonably necessary to effectuate all of their terms.

7. The class members shall, as of the date of the payment of the settlement fund, conclusively be deemed to have released and discharged claims in accordance with Paragraph 55 of the Stipulation.

8. The Court awards to Class Counsel costs of litigation in the amount of $714,382 and attorneys' fees in the amount of $1,280,000. The Court finds the work performed by Class Counsel in prosecuting the claims and their settlement efforts have been on behalf of and in the interests of the overall Class (including the class representatives) and have benefitted the class as a whole, and have not been on behalf of or in the interests of the individual claimants.

9. The Court directs the entry of judgment of dismissal with prejudice of this litigation.

10. The Court, without in any way affecting the finality of this Order, retains jurisdiction for the purposes of, among other things, all matters relating to administration and consummation of the Settlement, including without limitation effectuating the Stipulation, ordering the distribution of funds to class members and resolving any disputes arising from or relating to the foregoing.

Entered this 12 day of January, 2005.

_____
Honorable James B. Zagel
United States District Judge

B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Michael W. Dobbins
    CLERK

Office of the Clerk

Thomas R. Meites
Meites, Mulder, Burger & Mollica
208 South LaSalle Street
Suite 1410
Chicago, IL 60604

---

Case Number: 1:01-cv-09502

Title: Radmanovich v. Combined Ins Co

Assigned Judge: Honorable James B. Zagel

MINUTE ORDER of 1/12/05 by Hon. James B. Zagel: (Entered Order Approving Settlement.) Mailed notice

This docket entry was made by the Clerk on January 14, 2005

ATTENTION: This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by ICMS, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at www.ilnd.uscourts.gov

Check our web site for CourtWeb--a concise listing of rulings by judges. Check for rulings on noticed motions. Also, subscribe to CourtWatch--a free service--to receive e-mail notification of CourtWeb postings.

To apply for a PACER account, call 1.800.676.6856

C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Michael W. Dobbins
CLERK

Office of the Clerk

Thomas R. Meites
Meites, Mulder, Burger & Mollica
208 South LaSalle Street
Suite 1410
Chicago, IL  60604

---

Case Number:   1:02-cv-01764

Title:    Palmer v. Combined Ins Co Amer

Assigned Judge: Honorable James B. Zagel

MINUTE ORDER of 1/12/05  by Hon. James B. Zagel : (Entered Order Approving Settlement)   terminating case Mailed notice

This docket entry was made by the Clerk on January 14, 2005

ATTENTION:   This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure.  It was generated by ICMS, the automated docketing system used to maintain the civil and criminal dockets of this District.  If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at www.ilnd.uscourts.gov

Check our web site for CourtWeb--a concise listing of rulings by judges. Check for rulings on noticed motions.  Also, subscribe to CourtWatch--a free service--to receive e-mail notification of CourtWeb postings.

To apply for a PACER account, call 1.800.676.6856