# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

Traci Radmanovich, et al.

                                        Plaintiff,

v.                                                                             Case No.: 1:01–cv–09502
                                                                             Hon. James B. Zagel

Combined Insurance Company of America

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 3, 2005:

      MINUTE entry before Judge James B. Zagel :Motion to clarify [112] is granted, Motion for judgment [112]is granted, Motion hearing held on 2/3/2005 regarding motion by plaintiff to clarify, motion by defendant for judgment[112], (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.